UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MANUEL PLAISANCE (#196480)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 10-70-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 1, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's action will be dismissed, with prejudice, as legally frivolous pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, ~~May~~ June 8, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA